IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-1166-AP**

**CHARLENE E. POWERS GROOMER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Motion to Dismiss Duplicate Complaint (doc. #4), filed June 19, 2007, it is

**ORDERED** that the motion is **GRANTED**.  This case is **DISMISSED** as it is a duplication of Civil Action No. 07-cv-1048-AP.

Dated this 19th day of June, 2007.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT